Same case below, 332 Wis. 2d 317, 797 N.W.2d 935.

**No. 11-6129. Eric Glenn Lane, Petitioner v. North Carolina.**

565 U.S. 1081, 132 S. Ct. 816, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8690.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 365 N.C. 7, 707 S.E.2d 210.

**No. 11-6633. Michael Paul Bradley, Petitioner v. Donald Barrow, Warden.**

565 U.S. 1081, 132 S. Ct. 817, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8724.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6637. Arthur L. Campbell, Petitioner v. City of Detroit, Michigan, et al.**

565 U.S. 1081, 132 S. Ct. 818, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8793.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6638. Gregory W. DeGrate, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1081, 132 S. Ct. 818, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8814.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6640. Eugene Tyrone DeCastro, Petitioner v. Gerald Branker, Warden.**

565 U.S. 1081, 132 S. Ct. 818, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8701.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 642 F.3d 442.

**No. 11-6646. Raymond Lionel Oubichon, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

565 U.S. 1081, 132 S. Ct. 818, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8748.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 443 Fed. Appx. 235.

**No. 11-6649. Balwinder S. Tung, Petitioner v. California.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 529, 2011 U.S. LEXIS 8825.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of California denied.